PHILLIP A. TALBERT
United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE C. LACOBELLE,<br><br>Defendant | Case No. 5:17-po-00213-JLT<br><br>GOVERNMENT'S MOTION AND PROPOSED ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 7056084 against MICHELLE C. LACOBELLE without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: December 5, 2017

Respectfully Submitted,
Phillip A. Talbert
United States Attorney

By: *Kyle R. Ratliff*

Kyle R. Ratliff
Special Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Citation Number 7056084 against MICHELLE C. LACOBELLE be dismissed without prejudice, in the interest of justice.

Dated: _____Dec. 6_____, 2017

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge